# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MODUPE OSIFODUNRIN, <br><br> Plaintiff <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND RESIDENTIAL CREDIT SOLUTIONS, INC., <br><br> Defendants | C.A. No. 11-526M |

## NOTICE OF ENTRY OF APPEARANCE

I, David J. Pellegrino, of the law firm of Partridge Snow & Hahn LLP, hereby enter my appearance on behalf of Defendants Residential Credit Solutions, Inc. and Mortgage Electronic Registration Systems, Inc. in the above-captioned action.

/s/ David J. Pellegrino (#7326)
2364 Post Road, Suite 100
Warwick, RI 02886
(401) 681-1900
(401) 681-1910 FAX
djp@psh.com

DATED: February 2, 2012

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 2, 2012.

/s/ David J. Pellegrino

1550278_1/9819-67